# EXHIBIT 2

**Registration #:** VA0002379721
**Service Request #:** 1-13421092901



Rebecca Cantor
Brooks Kushman PC
150 W. Second Street, Suite 400N
Royal Oak, MI 48067 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**

**VA 2-379-721**

**Effective Date of Registration:**
January 19, 2024
**Registration Decision Date:**
January 22, 2024

## Title

    **Title of Work:** Heatless Curl Photograph

## Completion/Publication

    **Year of Completion:** 2021
    **Date of 1st Publication:** November 30, 2021
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Kitsch LLC
    **Author Created:** photograph
    **Work made for hire:** Yes
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Kitsch LLC
    5301 Rosewood Avenuee, Los Angeles, CA, 90004, United States

## Certification

    **Name:** Rebecca Cantor
    **Date:** January 19, 2024
    **Applicant's Tracking Number:** KITS0100A

    **Correspondence:** Yes
    **Copyright Office notes:** Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102 (a), and 113.